Laratoga Wet Wash Laundry, Inc., Appellant, v. Max Weinstein, Respondent.— Order denying motion for an injunction *pendente lite* affirmed, with ten dollars costs and disbursements, without prejudice to the right of plaintiff to renew the motion if the defendant does not serve his answer promptly and proceed to

---

* Appeal dismissed, 262 N. Y. ——.

trial without delay as he has agreed in his answering affidavit. No opinion. Young, Kapper, Hagarty, Tompkins and Davis, JJ., concur.